IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RICHARD CHAMBERS
INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY
SITUATED,

       Plaintiff,

v.                                    Civil Action No. 4:08-cv-03676

SEARS, ROEBUCK AND CO.,           Judge Honorable Nancy F. Atlas

       Defendant.

STEVEN WERCHAN,

       Plaintiff,

v.

SEARS, ROEBUCK AND CO., and A&E
FACTORY SERVICE, LLC,

       Defendants.

## APPENDIX IN SUPPORT OF SEARS, ROEBUCK AND CO.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF CHAMBERS' CLAIMS

Defendant Sears, Roebuck and Co., by its attorneys, submits the following affidavits, deposition transcripts and exhibits thereto in support of its Motion for Summary Judgment on Plaintiff Chambers' Claims.

**DOCUMENT**                                                                                          **TAB**

## AFFIDAVITS

**Affidavit of Tony Davis** ............................................................................................... 1

## DEPOSITION TESTIMONY[1] AND EXHIBITS

**Deposition of Richard B. Chambers** .......................................................................... 2

    Exhibit # 7 ..................................................................................................... A

    Exhibit # 9 ......................................................................................................B

    Exhibit # 10 ....................................................................................................C

    Exhibit # 11 ................................................................................................... D

    Exhibit # 12 ....................................................................................................E

**Deposition of Tony Davis** .......................................................................................... 3

**Deposition of Richard Paul Dorenkamp** .................................................................. 4

    Exhibit # 1 ...................................................................................................... A

    Exhibit # 3[2] ....................................................................................................B

    Exhibit # 10 .....................................................................................................C

**Deposition of Scott Pierre Lamarr** .......................................................................... 5

**Deposition of Joseph Torre** ....................................................................................... 6

---

[1] Relevant pages only.
[2] Due to the large size of Exhibit 3, the SST Help System, Sears has attached only the pages of the manual cited in its supporting brief.

## UNPUBLISHED CASES

*Cates v. Meldisco K-M 3730 Beltline Road*,
   No. 3:95-CV-3193-D, 1997 WL 118418 (N.D. Tex. Mar. 10, 1997) .......................... 7

*Contini v. United Trophy Manufacturing, Inc.*,
   No. 6:06-CV-432-Orl.-18UAM, 2007 WL 1696030 (M.D. Fla. June 12, 2007).......... 8

*Doyle v. BellSouth Communications Systems, Inc.*,
   No. 94-2978-D, 1996 U.S. Dist. LEXIS 18874
   (W.D. Tenn. Dec. 3, 1996) ..................................................................................... 9

*Keubel v. Black & Decker*,
   No. 08-CV-6020, 2009 WL 1401694 (W.D.N.Y. May 18, 2009) .............................. 10

*Valcho v. Dallas County Hospital District*,
   No. 3:07-CV-1853-D, 658 F. Supp. 2d 802, 2009 WL 2486031
   (N.D. Tex. Aug. 14, 2009)..................................................................................... 11

*Wren v. RGIS Inventory Specialists*,
   No. C-06-05778JCS, 2009 WL 2612307 (N.D. Cal. Aug. 24, 2009) ......................... 12

## STATUTES AND REGULATIONS

29 U.S.C. § 254 .................................................................................................... 13

29 C.F.R. § 785.35.................................................................................................. 14

29 C.F.R. § 790.7.................................................................................................... 15

29 C.F.R. § 790.8.................................................................................................... 16

TEX. LABOR CODE § 61.011 ................................................................................... 17

## OTHER AUTHORITIES

H.R. REP. NO. 104-585............................................................................................ 18

U.S. DOL, Op. Letter,
   FLSA No. 2106, 1999 DOL WH LEXIS 9 (1999)..................................................... 19

*Especially for Texas Employers, Priority Between Pay Agreements and Statutes*,
Texas Workforce Commission, http://www.twc.state.tx.us/news/efte/priority-agreements-statutes.html ............................................................................................................. 20

- 3 -

## <u>MISCELLANEOUS</u>

Plaintiff Richard Chambers Answers to Sears, Roebuck and Co.'s Interrogatories ....... 21

Superior Court of Pennsylvania September 21, 2009 Memorandum Opinion
and Order in *Caiarelli et al. v. Sears, Roebuck and Co. et al.*,
No. 885 WD 2008 (Pa. Super. Ct. Sept. 21, 2009) ......................................................... 22

Expert report of Robert G. Radwin, Ph.D. CPE ............................................................. 23

Dated: January 28, 2010            Respectfully submitted,

                                        SEARS, ROEBUCK AND CO.

                                 By: <u>s/ Thomas G. Abram</u>

                                       Thomas G. Abram
                                       Joseph K. Mulherin
                                       Elizabeth N. Hall
                                       Vedder Price P.C.
                                       222 North LaSalle Street
                                       Suite 2600
                                       Chicago, IL  60601-1003
                                       Telephone:  (312) 609-7500

                                       Michael Connelly
                                       Allison J. Miller
                                       Connelly Baker Wotring LLP
                                       700 JP Chase Tower
                                       600 Travis Street
                                       Houston, TX 77002
                                       Telephone:  (713) 980-6535

                                       *Attorneys for Defendants*
                                       *Sears, Roebuck and Co.*

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused copies of the foregoing APPENDIX IN SUPPORT OF SEARS, ROEBUCK AND CO.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF CHAMBERS' CLAIMS to be served upon:

| | |
|---|---|
| Melissa Ann Moore | Michael E. Lovins |
| Rochelle Owens | Law Offices of Michael E. Lovins |
| Moore & Associates | P.O. Box 92464 |
| Lyric Center | Austin, Texas 78709 |
| 440 Louisiana Street, Suite 710 | |
| Houston, Texas 77002 | |

via ECF on January 28, 2010.

s/ Thomas G. Abram
Thomas G. Abram