IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RICHARD CHAMBERS
INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY
SITUATED,

       Plaintiff,

v.                                                                          Civil Action No. 4:08-cv-03676

SEARS, ROEBUCK AND CO.,                                Judge Honorable Nancy F. Atlas

       Defendant.

STEVEN WERCHAN,

       Plaintiff,

v.

SEARS, ROEBUCK AND CO., and A&E
FACTORY SERVICE, LLC,

       Defendants.

**APPENDIX TO SEARS, ROEBUCK AND CO.'S RESPONSE TO PLAINTIFF RICHARD CHAMBERS' MOTION FOR CLASS CERTIFICATION AND EXPEDITED DISCOVERY**

CHICAGO/#2035312.1 2/12/10

Defendant Sears, Roebuck and Co., by its attorneys, submits the following affidavits, deposition transcripts and exhibits thereto in support of its Response to Plaintiff Richard Chambers' Motion for Class Certification and Expedited Discovery.[1]

| **DOCUMENT** | **TAB** |

## DECLARATIONS

**Declaration of Luis Cardenas** ............................................................................................... 1

**Declaration of John R. Davis** ................................................................................................ 2

**Declaration of Matthew Pohl** ................................................................................................ 3

## DEPOSITION TESTIMONY[2] AND EXHIBITS

**Deposition of Richard B. Chambers** .................................................................................... 4

**Deposition of Tony Davis** ..................................................................................................... 5

**Deposition of Richard Dorenkamp** ..................................................................................... 6

**Deposition of Joseph Torre** .................................................................................................. 7

**Deposition of Steven Werchan** ............................................................................................. 8

## UNPUBLISHED CASES

*Aguirre v. SBC Commc'ns,*
  No. H-05-3198, 2006 U.S. Dist. LEXIS 22211 (S.D. Tex. Apr. 11, 2006) ................................ 9

*Albanil v. Coast 2 Coast, Inc.*,
  No. H-08-486, 2008 WL 4937565 (S.D. Tex. Nov. 17, 2008) ................................................ 10

*Ali v. Sugarland Petroleum*,
  No. 4:09-cv-0170, 2009 WL 5173508 (S.D. Tex. Dec. 22, 2009) .......................................... 11

---

[1] To avoid unnecessary duplication, Sears does not include herein any deposition pages, affidavits or exhibits previously submitted in its appendices in support of its separate motion for summary judgment on Plaintiff Chambers' and Werchan's claims.

[2] Relevant pages only.

*Anglada v. Linens 'N Things, Inc.*,
  No. 06-cv-12901, 2007 WL 1552511 (S.D.N.Y. May 29, 2007) ............................................ 12

*Baroni v. BellSouth Telecomms.*,
  No. 02-009, sec. I/4, 2004 U.S. Dist. LEXIS 14403 (E.D. La. July 27, 2004) ......................... 13

*Barten v. KTK & Assocs.*,
  No. 8:06-cv-1574, 2007 U.S. Dist. LEXIS 54068 (M.D. Fla. July 24, 2007) .......................... 14

*Basco v. Wal-Mart Stores, Inc.*,
  No. 00-3184, 2004 WL 1497709 (E.D. La. July 2, 2004) ....................................................... 15

*Christopher v. SmithKlein Beecham Corp.*,
  No. CV-08-1498-PHX-FJM, 2009 WL 4051075 (D. Ariz. Nov. 20, 2009) ............................. 16

*De La Cruz v. El Paso County Water Improvement Dist. No. 1,*
  No EP-05-CV-206-FM, 2005 U.S. Dist. LEXIS 21244 (W.D. Tex. Sept. 19, 2005) ............... 17

*Dudley v. Tex. Waste Sys., Inc.*,
  No. SA-05-CA-0078-XR, 2005 U.S. Dist. LEXIS 9168 (W.D. Tex. May 16, 2005) .............. 18

*Ghandhi v. Dell Inc.*,
  No. 1:08-cv-248-JRN, 2009 WL 3427218 (W.D. Tex. Oct. 20, 2009) .................................... 19

*Hall v. Burk, M.D.*,
  No. 3:01-CV-2487-H, 2002 U.S. Dist. LEXIS 4163 (N.D. Tex. Mar. 11, 2002) ..................... 20

*King v. ITT Continental Baking Co.*,
  No. 84-c-3410, 1986 WL 2628 (N.D. Ill. Feb. 18, 1986) ......................................................... 21

*Lenahan v. Sears, Roebuck and Co.*,
  No. 02-0045, 2006 WL 2085282 (D.N.J. July 24, 2006) ......................................................... 22

*Morales v. Thang Hung Corp.*,
  No. 4:08-cv-2795, 2009 WL 2524601 (S.D. Tex. Aug. 14, 2009) ........................................... 23

*Ray v. Motel 6 Operating, Inc.*,
  No. 3-95-828, 1996 U.S. Dist. LEXIS 22565 (D. Minn. Feb. 16, 1996) .................................. 24

*Rodgers v. CVS Pharmacy, Inc.*,
  No. 8:05-cv-7705-27MSS, 2006 WL 752831 (M.D. Fla. Mar. 23, 2006) ................................ 25

*Simmons v. T-Mobile USA, Inc.*,
  No. H-06-1820, 2007 WL 210008 (S.D. Tex. Jan. 24, 2007) ................................................... 26

- 4 -

*Torres v. CSK Auto, Inc.*,
   No. EP-03-CA-113, 2003 WL 24330020 (W.D. Tex. Dec. 17, 2003) ...................................... 27

*Updite v. Beverage Group, Inc.*,
   No. 06-0593, 2006 WL 3718229 (W.D. La. Dec. 15, 2006) ...................................................... 28

*Vogt v. Tex. Instruments, Inc.*,
   No. 3:05-CV-2244-L, 2006 U.S. Dist. LEXIS 67226 (N.D. Tex. Sept. 19, 2006).................... 29


## **STATUTES AND REGULATIONS**

29 U.S.C. § 216(b) ............................................................................................................................ 30

29 C.F.R. § 785.14 ............................................................................................................................ 31

29 C.F.R. § 785.17 ............................................................................................................................ 32

29 C.F.R. § 785.41 ............................................................................................................................ 33


## **MISCELLANEOUS**

July 24, 2006 *Lenahan v. Sears* Proposed Final Order Approving Settlement Agreement
and Judgment Dismissing Action with Prejudice................................................................ 34

Dated: February 12, 2010	Respectfully submitted,

SEARS, ROEBUCK AND CO.


By: <u>s/ Thomas G. Abram</u>

    Thomas G. Abram
    Joseph K. Mulherin
    Elizabeth N. Hall
    Vedder Price P.C.
    222 North LaSalle Street
    Suite 2600
    Chicago, IL  60601-1003
    Telephone:  (312) 609-7500

    Michael Connelly
    Allison J. Miller
    Connelly Baker Wotring LLP
    700 JP Chase Tower
    600 Travis Street
    Houston, TX 77002
    Telephone:  (713) 980-6535

    *Attorneys for Defendants*
    *Sears, Roebuck and Co.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he caused copies of the foregoing APPENDIX TO SEARS, ROEBUCK AND CO.'S RESPONSE TO PLAINTIFF RICHARD CHAMBERS' MOTION FOR CLASS CERTIFICATION AND EXPEDITED DISCOVERY to be served upon:

| | |
|---|---|
| Melissa Ann Moore | Michael E. Lovins |
| Rochelle Owens | Law Offices of Michael E. Lovins |
| Moore & Associates | P.O. Box 92464 |
| Lyric Center | Austin, Texas 78709 |
| 440 Louisiana Street, Suite 710 | |
| Houston, Texas 77002 | |

via ECF on February 12, 2010.

s/ Thomas G. Abram
Thomas G. Abram