# TAB 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RICHARD CHAMBERS
INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY
SITUATED,

    Plaintiff,

v.                                                    Civil Action No. 4:08-cv-03676

SEARS, ROEBUCK AND CO.,            Judge Honorable Nancy F. Atlas

    Defendant.

STEVEN WERCHAN,

    Plaintiff,

v.                                                    Civil Action No.

SEARS, ROEBUCK AND CO., and A&E
FACTORY SERVICE, LLC,

    Defendants.

## DECLARATION OF LUIS CARDENAS

    I, Luis Cardenas, declare under penalty of perjury under the laws of the United States and the State of Texas that the following are true and correct:

    1.     I have personal knowledge of all matters set forth in this declaration and, if called to testify, could competently testify thereto.

    2.     I am a resident of the State of Texas.

    3.     I am the Area Human Resources Manager for Sears Home Services – PRS.

4. I have personal knowledge of the facts and documents set forth below based on my job duties, experience and review of Company records.

5. As Area Human Resources Manager, I am responsible for supervising Sears' HR function in the following districts:

- Houston, Texas (District No. 8107)
- San Antonio, Texas (District No. 8147)
- Tulsa, Oklahoma (District Nos. 4258 & 8151)
- Little Rock, Arkansas (District No. 8176 & 7256).

6. My office is located in Houston, Texas.

7. In the Houston, Texas District there are currently 194 technicians and 8 technician managers.

8. In the San Antonio, Texas District there are currently 188 technicians and 8 technician managers.

9. Although the number of technicians in my districts varies slightly depending on seasonal needs, the number of technicians in the Houston and San Antonio districts has remained consistent within the last five (5) years.

_____
Luis Cardenas

Dated: February 11, 2010