# TAB 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD CHAMBERS INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | |
| Plaintiff, | |
| v. | Civil Action No. 4:08-cv-03676 |
| SEARS, ROEBUCK AND CO., | Judge Honorable Nancy F. Atlas |
| Defendant. | |
| STEVEN WERCHAN, | |
| Plaintiff, | |
| v. | Civil Action No. |
| SEARS, ROEBUCK AND CO., and A&E FACTORY SERVICE, LLC, | |
| Defendants. | |

## DECLARATION OF JOHN R. DAVIS

I, John R. Davis, declare under penalty of perjury under the laws of the United States and the State of Pennsylvania that the following are true and correct:

1. I have personal knowledge of all matters set forth in this declaration and, if called to testify, could competently testify thereto.

2. I am a resident of the State of Pennsylvania.

3. I am the Assistant Director of Claims Administration for RG/2 Claims Administration LLC ("RG/2"), the Court appointed Claims Administrator for the settlement in *Lenahan v. Sears, Roebuck and Co.*, No. 0-00045 (SRC) (TJB), which was filed in the United States District Court for the District of New Jersey.

4. I have personal knowledge of the facts and documents set forth below based on my job duties, experience and review of Company records.

5. As Settlement Administrator, RG/2 was responsible for: (1) mailing the parties' Notice of Pendency of Class and Collective Actions, Proposed Settlement, and Hearing Date for Court Approval ("Notice") and the Claim, Waiver, Release and Consent to Join Form ("Claim Form") to the approximately 16,250 class members; (2) processing the claim forms returned by the class members; (3) computing the amount of each settlement check; (4) mailing the settlement checks; and (5) more generally, resolving any issues related to the issuance of the Notice and settlement checks.

6. On January 13, 2006, RG/2 mailed the Notice and Claim Form to all identified class members included on the class list Sears provided.

7. RG/2 has received and processed approximately 7,500 claim forms.

8. Based upon my review of RG/2's records, 135 individuals from District 8107 submitted claim forms and received settlement checks, and 58 individuals from District 8147 submitted claims forms and received settlement checks.

9. Exhibit A attached hereto is a spreadsheet listing the technicians from District No. 8107 that received settlement checks.

10.  Exhibit B attached hereto is a spreadsheet listing the technicians from District 8147 that received settlement checks.

                                                    _____
                                                              John R. Davis

Dated: February 12, 2010

# Exhibit A
Technicians From District No. 8107 Issued Settlement Checks

| FirstName | LastName | EmployeeID | District |
|---|---|---|---|
| HENRIETTA | ADAMS-ROBERTS | 01965408 | 08107 |
| JOSEPH | ALLEN | 01006626 | 08107 |
| ROBERT | ANDERSON | 01877808 | 08107 |
| DONALD | ANDERSON | 01028047 | 08107 |
| CLARENCE | ARDION | 02043561 | 08107 |
| LARRY | ASHLEY | 01064588 | 08107 |
| PETER | BARBERA | 01026386 | 08107 |
| MARK | BASS | 02499993 | 08107 |
| RALPH | BECKER | 01024661 | 08107 |
| JEFFREY | BELASCO | 01027430 | 08107 |
| MARK | BERTRAND | 02188409 | 08107 |
| MARY | BLACK | 01057230 | 08107 |
| ROGER | BLOUNT | 01138887 | 08107 |
| BENJIMAN | BOULTER | 02216940 | 08107 |
| BILLY | BRADDOCK | 01009466 | 08107 |
| ORAN | BRITTON | 01071361 | 08107 |
| ODIS | BROWN | 01041745 | 08107 |
| HARLEY | BRYANT | 01023719 | 08107 |
| ARNOLD | CANALES | 01054333 | 08107 |
| FELIPE | CASTRO | 01116523 | 08107 |
| GILBERT | COLLINS | 01032294 | 08107 |
| WAYNE | CRAIG | 01007017 | 08107 |
| MIGUEL | CRUZ | 02327637 | 08107 |
| RUFUS | DAVIS | 01013063 | 08107 |
| LAWRENCE | DAVIS | 01030272 | 08107 |
| WALLACE | DELACRUZ | 01024986 | 08107 |
| RANDY | DINET | 01027405 | 08107 |
| DOUGLAS | DORNAK | 01075713 | 08107 |
| KENNETH | DRAKE | 01030200 | 08107 |
| CHARLES | EBERT | 01038227 | 08107 |
| THOMAS | EHRENSBERGER | 01006679 | 08107 |
| JOE | ESPINOSA | 02321473 | 08107 |
| DELFINO | ESTRADA SR | 01037901 | 08107 |
| ALBERT | EVERETT | 01132367 | 08107 |
| KENNETH | FLETCHER | 01034834 | 08107 |
| BOWANA | FLOWERS | 01335313 | 08107 |
| DEBORAH | FRY | 01037910 | 08107 |
| DAVID | GALAVIS | 02329469 | 08107 |
| RICHARD | GALONEK | 01036832 | 08107 |
| ARUNA | GAMAGE | 01065774 | 08107 |
| DAVID | GARCIA | 01177770 | 08107 |
| LUIS | GONZALES | 02471675 | 08107 |
| ROBERT | GUERRERO | 01339093 | 08107 |
| JOSEPH | GUILLORY | 01905149 | 08107 |
| TRACEY | HAHN | 01028598 | 08107 |
| CHAD | HANSEN | 01041995 | 08107 |
| MICHAEL | HARRISON | 02052650 | 08107 |
| DOUG | HASTY | 01257165 | 08107 |
| JIMMY | HAUSLER | 01244343 | 08107 |
| BRIAN | HAVRAN | 01027131 | 08107 |
| DOUGLAS | HEES | 01888422 | 08107 |
| MILFORD | HEIN | 01031572 | 08107 |

1

# Exhibit A
Technicians From District No. 8107 Issued Settlement Checks

| FirstName | LastName | EmployeeID | District |
|---|---|---|---|
| JOHN | HESSE | 01033571 | 08107 |
| ROBERT | HILLER | 01030204 | 08107 |
| FRANK | HLOZEK | 01341194 | 08107 |
| LESLIE | HOLT | 01009331 | 08107 |
| GARY | JASKIER | 02310992 | 08107 |
| TERENCE | JOHNSON | 01054138 | 08107 |
| KENNETH | JOHNSON | 01012494 | 08107 |
| RUSSELL | JOHNSON | 01035882 | 08107 |
| PIER | JOHNSON | 02328997 | 08107 |
| DEVIN | JONES | 02485130 | 08107 |
| VINCENT | JONES | 01090860 | 08107 |
| MICHAEL | KEENE | 01971312 | 08107 |
| DAVID | KLAM | 01020003 | 08107 |
| KERRY | KLIBERT | 01024965 | 08107 |
| DONALD | KOESTER | 01023726 | 08107 |
| CLAY | LEWIS | 02085531 | 08107 |
| JOHN | LEWIS | 01037904 | 08107 |
| SAMMY | LINDSEY | 01001090 | 08107 |
| LIONELL | LOGAN | 01023560 | 08107 |
| JESUSA | LOPEZ | 01508052 | 08107 |
| AARON | MARROW | 01038356 | 08107 |
| EMANUEL | MARSHALL | 01030767 | 08107 |
| BRIAN | MARTIN | 01886572 | 08107 |
| PATRICK | MCGOWAN | 02109445 | 08107 |
| ERIC | MCGRATH | 02082424 | 08107 |
| RONALD | MITCHELL | 02098690 | 08107 |
| KILEY R | MONTGOMERY | 02486909 | 08107 |
| KENNETH | MOORE | 01051970 | 08107 |
| JOSE | MUNOZ | 01133896 | 08107 |
| RUSSELL | ONDRUCH | 01065749 | 08107 |
| FROILAN | ORTIZ | 01900724 | 08107 |
| ROGER | OSBORN | 01261320 | 08107 |
| EDWARD | PARKER | 01068846 | 08107 |
| SCOTT | PARR | 01048427 | 08107 |
| CAROL | PAYNE | 01293437 | 08107 |
| DEBRAH | PELLETIER | 01033973 | 08107 |
| GERALD | PERKINS | 01036421 | 08107 |
| GREGORY | PHILLIPS | 01036105 | 08107 |
| DONALD | RAWLS | 01322549 | 08107 |
| AUBREY | REDWINE | 02027993 | 08107 |
| RALPH | REED | 01902772 | 08107 |
| DAVID | RIDEOUT | 01019358 | 08107 |
| JUAN | RIOS | 01794518 | 08107 |
| BOBBY | ROBBINS | 02317738 | 08107 |
| ROY | ROBERTSON | 01521851 | 08107 |
| STEPHEN | RODRIGUEZ | 01200221 | 08107 |
| ROBERT | RODRIGUEZ | 01030073 | 08107 |
| DAVID | RULEY | 01783388 | 08107 |
| CHRIS | SABINO | 01280674 | 08107 |
| JOSE | SALINAS | 01169255 | 08107 |
| RANDY | SCHATTEL | 02187633 | 08107 |
| MICHAEL | SCHWARK | 01892741 | 08107 |

2

# Exhibit A
Technicians From District No. 8107 Issued Settlement Checks

| FirstName | LastName | EmployeeID | District |
|---|---|---|---|
| ROY | SCOTT | 02197283 | 08107 |
| ROBERT | SHERMAN | 01534429 | 08107 |
| ALFRED | SIFUENTEZ | 01028091 | 08107 |
| CHANDIMA | SILVA | 01059297 | 08107 |
| ODELL | SINGLETON | 02327597 | 08107 |
| TIMOTHY | SMALL | 01042057 | 08107 |
| KEITH | SMITH | 01027359 | 08107 |
| ADRIAN | SRUBAR | 01030821 | 08107 |
| JAMES | STONE | 01687260 | 08107 |
| RAMON | SUAREZ | 01098261 | 08107 |
| JOSEPH | SUPAK | 01022676 | 08107 |
| JAMES | TAYLOR | 01045703 | 08107 |
| DONALD | THIBODEAUX | 01158932 | 08107 |
| PRESTON | THOMAS | 01028965 | 08107 |
| DAVID | TOMPKINS | 01010602 | 08107 |
| JOHN | TRAN | 01032283 | 08107 |
| AMERICO | TREVINO | 01765706 | 08107 |
| GILBERT | TRISTAN | 01023416 | 08107 |
| SCOTT | TURNBAUGH | 01328513 | 08107 |
| STEPHEN | VALKA | 01020211 | 08107 |
| ROBERT | VELA | 01037844 | 08107 |
| JERRY | VIERUS | 01069811 | 08107 |
| MARK | VILLMAN | 01020064 | 08107 |
| BILL | VINCENT | 01066254 | 08107 |
| DANNY | WHITE | 01036367 | 08107 |
| ROY | WILLIAMS | 01518507 | 08107 |
| GREGORY | WILSON | 01034288 | 08107 |
| AMOS | WOODRUFF | 01035851 | 08107 |
| JENE | WRIGHT | 01971406 | 08107 |
| PRINTIS | YOUNG | 01025816 | 08107 |
| LOUIS | ZACEK | 01079696 | 08107 |

# Exhibit B
Technicians From District No. 8147 Issued Settlement Checks

| FirstName | LastName | EmployeeID | UNIT |
|---|---|---|---|
| ERNEST | AGUEROS | 01021982 | 08147 |
| HECTOR | AGUIRRE | 01074142 | 08147 |
| JOHN | ALCAZAR | 01110977 | 08147 |
| ROGER | ARENAS | 01013510 | 08147 |
| LENNIE | ARROYO | 02049549 | 08147 |
| BELTRAN | ARTHUR | 01402932 | 08147 |
| MIGUEL | AYALA | 01328289 | 08147 |
| GILBERT | BALDERAS | 02319315 | 08147 |
| MOISES | BARRERA | 01082545 | 08147 |
| DAVID | BOMER | 01020542 | 08147 |
| ROBERT | CARDOZA | 01887678 | 08147 |
| CHARLES | CHRISTIAN | 01887739 | 08147 |
| WILLIAM | CLEMENTS | 01886580 | 08147 |
| GEORGE | DIAZ ESTRADA | 01067585 | 08147 |
| LARRY L | ENNIS | 01033112 | 08147 |
| HERIBERTO | ESTRADA | 01215430 | 08147 |
| PEDRO | GARCIA | 01031634 | 08147 |
| ROY | GARZA | 01031614 | 08147 |
| RICHARD | GEHRMANN | 01014675 | 08147 |
| JOE | GUERRA | 01039606 | 08147 |
| RICARDO | GUILLEN | 01556243 | 08147 |
| MORRIS | GUNNELLS | 02341784 | 08147 |
| MARLAND | HARRISON | 02028039 | 08147 |
| JESUS | HUIZAR | 01947678 | 08147 |
| WILLIAM | KREMER | 01150186 | 08147 |
| LORENZO | MALDONADO | 01027979 | 08147 |
| JESSE | MARTINEZ | 01953512 | 08147 |
| DAVID | MARTINEZ | 01090076 | 08147 |
| GENARO | MEDINA | 01029981 | 08147 |
| LESTER | MILLER | 01021478 | 08147 |
| FELIX | MONGE | 01139363 | 08147 |
| PEDRO | MORENO | 01005103 | 08147 |
| KEVIN | MORTON | 01021569 | 08147 |
| LARRY | NELL | 02027913 | 08147 |
| EDUARDO | NICASIO | 01727433 | 08147 |
| ROBERT | NICKEL | 01132105 | 08147 |
| BENJAMIN | NOVAK | 01027982 | 08147 |
| MARTHA | NOVAK | 01031975 | 08147 |
| ANDREW | OLIVE | 02052455 | 08147 |
| ROBERT | OLSON | 02319247 | 08147 |
| HUGO | ORTEGA | 01339144 | 08147 |
| DAVID | PEREZ | 01112172 | 08147 |
| STUART | PYBURN | 01065927 | 08147 |
| ROBERT | RICHARDS | 01589901 | 08147 |
| LARRY | SANCHEZ | 01264252 | 08147 |
| ROBERT | SAUCEDO | 01099724 | 08147 |
| JOHN | SCARLETT | 02328707 | 08147 |
| RONALD | SCHNEIDER | 01015969 | 08147 |
| BENFORD | SCHWARTZ | 01886822 | 08147 |
| WILLIAM | SCOTT | 01014978 | 08147 |
| OSCAR | SILVA | 01033227 | 08147 |
| JOSEPH | STARLING | 02187629 | 08147 |

1

# Exhibit B
Technicians From District No. 8147 Issued Settlement Checks

| FirstName | LastName | EmployeeID | UNIT |
|---|---|---|---|
| ERNEST | TORREZ | 02098669 | 08147 |
| EFRAIN | TOVAR | 01130989 | 08147 |
| THOMAS | TREVINO | 02078448 | 08147 |
| JAIME | TRIAL | 01004758 | 08147 |
| EUSEBIO | VILLAREAL | 01030159 | 08147 |
| RAYMOND | WILLIAMS | 01886517 | 08147 |

2